the brief were *George D. Burroughs* and *Gordon Burroughs*.

No. 508. SOUTHERN BAKERS ASSOCIATION, INC. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Georgia. *Per Curiam:* The judgment is vacated and the case is remanded to the District Court with directions to dismiss the petition for review upon the ground that the cause is moot. *Harold L. Russell* for appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.

No. 313, Misc. UNITED STATES EX REL. TOUHY *v.* KIPP, U. S. MARSHAL, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Robert B. Johnstone* for petitioner.

No. 316, Misc. COLORADO *v.* KNOUS, CHIEF JUDGE, U. S. DISTRICT COURT FOR THE DISTRICT OF COLORADO. Motion for leave to file petition for writ of prohibition or mandamus denied. *Duke W. Dunbar,* Attorney General of Colorado, and *Frank A. Wachob,* Deputy Attorney General, for petitioner. *Frank Delaney* for respondent.

No. 477. LIQUID CARBONIC CORP. *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of New York. Probable jurisdiction noted. MR. JUSTICE CLARK took no part in the consideration or decision of this question. *James F. Dwyer* for appellant. *Solicitor General Sobeloff* for the United States.